UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br><br>RYAN M. BURGE,<br><br>                      Defendant. | NO. CR08-5453BHS<br><br>ORDER TO SEAL |

Having read the Defendant's Sentencing Memorandum and Ex Parte Motion to Seal Sentencing Memorandum Part B, which was filed under seal;

It is hereby ORDERED that Defendant's Sentencing Memorandum Part B (Dkt. 24) in this matter shall remain sealed.

DATED this 24th day of February 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL - 1